### NEXUSCARD, INC., Plaintiff-Appellant

v.

### KROGER CO., Defendant-Appellee

**2016-2074**
**2016-2077**

United States Court of Appeals,
Federal Circuit.

May 9, 2017

ADAM BAUMLI, Baumli Law Firm PLLC, Dallas, TX, for plaintiff-appellant.

WILLIAM P. ATKINS, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, for defendant-appellee. Also represented by BRIAN CHRISTOPHER NASH, Austin, TX.

(Prost, Chief Judge, Reyna and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**